IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PADILLA,<br><br>       Plaintiff,<br>v.<br><br>BANK OF AMERICA, et. al.,<br><br>       Defendants. | No. C 13-2241 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE GOVERNMENT AND TO FILE PROOF OF SERVICE**<br><br>**UNDER SEAL** |

    Before the Court is plaintiff's Complaint for Violations of the False Claims Act, filed May 16, 2013.  Pursuant to 31 U.S.C. § 3730, plaintiff is required to serve on the Government "[a] copy of the complaint and written disclosure of substantially all material evidence and information the person possesses."  See 31 U.S.C. § 3730(b)(2).  To date, plaintiff has not filed proof of service of such documents.

    Accordingly, plaintiff is hereby DIRECTED to serve on the Government, no later than June 14, 2013, a copy of the complaint and written disclosure of substantially all material evidence and information he possesses, and to file proof of such service no later than June 19, 2013.

    **IT IS SO ORDERED.**

Dated:  May 28, 2013

                                               MAXINE M. CHESNEY
                                               United States District Judge