IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PADILLA,<br><br>        Plaintiff,<br>   v.<br><br>BANK OF AMERICA, et. al.,<br><br>        Defendants.<br>_____/ | No. C 13-2241 MMC<br><br>**ORDER CONTINUING AUGUST 16, 2013 CASE MANAGEMENT CONFERENCE**<br><br>**UNDER SEAL** |

Before the Court is plaintiff's Complaint for Violations of the False Claims Act, filed May 16, 2013. A Case Management Conference is currently scheduled for August 16, 2013. As plaintiff did not serve on the Government until June 14, 2013, however, "[a] copy of the complaint and written disclosure of substantially all material evidence and information the person possesses," see 31 U.S.C. § 3730(b)(2), the government has until August 13, 2013 to determine whether to elect to intervene, and, consequently, defendants have not been served with a copy of the summons and complaint, see id.; see also id. § 3730(b)(3) (providing defendant's response to complaint not due until twenty days after service).

In light of the above, the August 16, 2013 Case Management Conference is hereby CONTINUED to November 15, 2013.

**IT IS SO ORDERED.**

Dated: August 13, 2013

_____
MAXINE M. CHESNEY
United States District Judge