United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PADILLA, | No. C 13-2241 MMC |
| Plaintiff, | **DIRECTIONS TO PLAINTIFF TO OBTAIN COUNSEL AND CAUSE COUNSEL TO FILE NOTICE OF APPEARANCE** |
| v. | |
| BANK OF AMERICA, et. al., | |
| Defendants. / | **UNDER SEAL** |

Before the Court is plaintiff's complaint, filed May 16, 2013, in which plaintiff alleges violations of the False Claims Act ("FCA") on behalf of the United States of America. Plaintiff may not, however, proceed pro se in an FCA action brought on behalf of the United States. See Stoner v. Santa Clara County Office of Education, 502 F.3d 1116, 1125-28 (9th Cir. 2007). Consequently, plaintiff's claims are subject to dismissal unless plaintiff obtains counsel to represent him in the instant action. See id. at 1128.

Accordingly, should plaintiff wish to pursue the instant action, plaintiff is hereby DIRECTED to obtain counsel and to cause counsel to file a notice of appearance no later than September 27, 2013; plaintiff's failure to comply with said directive will result in dismissal of the instant action, without prejudice to the government. See id.

**IT IS SO ORDERED.**

Dated: August 19, 2013

MAXINE M. CHESNEY
United States District Judge