**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PADILLA, | No. C 13-2241 MMC |
| Plaintiff, | **DIRECTIONS TO CLERK** |
| v. | |
| BANK OF AMERICA, et. al., | |
| Defendants. | |
| _____/ | |

The Court having received the United States' "Notice of Election to Decline Intervention," filed August 22, 2013, the Clerk is hereby DIRECTED to unseal the above-titled action.

**IT IS SO ORDERED.**

Dated: August 29, 2013

MAXINE M. CHESNEY
United States District Judge