IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PADILLA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BANK OF AMERICA, et al.<br><br>　　　　　Defendants. / | No. C 13-2241 MMC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO OBTAIN COUNSEL** |

　　　Before the Court is plaintiff's Motion for Extension of Time, filed September 26, 2013, by which plaintiff requests an additional month in which to obtain legal counsel to represent him in the above-titled action brought under the False Claims Act.  By order filed August 19, 2013, the Court set September 27, 2013, as the deadline for counsel to file a notice of appearance.  By the instant motion, plaintiff states, without further elaboration, he requires such additional time "[d]ue to physical, emotional and financial hardship."

　　　Although lacking the factual support ordinarily required for a showing of good cause, the motion is hereby GRANTED, and the deadline for plaintiff to obtain counsel and to cause counsel to file a notice of appearance is hereby EXTENDED to October 28, 2013.

**IT IS SO ORDERED.**

Dated: October 1, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge