AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

PADILLA

Plaintiff(s),

v.

BANK OF AMERICA, N.A.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-02241

Notice is hereby given that, subject to approval by the court, __PLAINTIFF__ substitutes
(Party (s) Name)

__YELENA GUREVICH__, State Bar No. __269487__ as counsel of record in
(Name of New Attorney)

place of __RONALD PADILLA IN PRO SE__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: CONSUMER ACTION LAW GROUP, PC
Address: 3700 EAGLE ROCK BLVD., LOS ANGELES CA 90065
Telephone: (818) 254-8413     Facsimile (866) 936-6916
E-Mail (Optional): lena@calgroup.org

I consent to the above substitution.
Date: 10/21/2013

*Ronald Padilla*
(Signature of Party (s))

I consent to being substituted.
Date: 10/21/2013

*Ronald Padilla*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/21/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 1, 2013

*Maxine M. Chesney*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]