IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PADILLA, | No. C 13-2241 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| BANK OF AMERICA CORP, et al., | |
| Defendants. | |

Counsel for plaintiff having recently been substituted (see Order Granting Substitution, filed Nov. 1, 2013), and proof of service of the summons and complaint on defendants not having been filed, the Case Management Conference currently scheduled for November 15, 2013 is hereby CONTINUED to February 21, 2014 at 10:30 a.m.

In the interim, plaintiff shall accomplish service on defendants and a Joint Case Management Conference Statement shall be filed no later than February 14, 2014.

**IT IS SO ORDERED.**

Dated: November 12, 2013

_____
MAXINE M. CHESNEY
United States District Judge