MARGERY Q. LEE (SBN 096824)
WILLIAM S. FISKE (SBN 246099)
1855 Gateway Boulevard, Suite 600
Concord, CA  94520
Tel:  (925) 935-5599
Fax:  (925) 934-0506
wfiske@nat.com

Attorneys for Defendant
North American Title Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PADILLA,<br><br>  Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>  Defendants. | CASE NO.: 3:13-cv-02241-MMC<br><br>**STIPULATION CONCERNING THE PLEADINGS, INITIAL CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES;**<br><br>**AND**<br><br>[PROPOSED] **ORDER**<br><br>[L.R. 6-2 and 7-12] |

The below-identified parties, by and through their counsel of record, submit the following Recitals, Stipulation, and proposed form of Order pursuant to Local Rules 6-2(a) and 7-12.

**RECITALS**

WHEREAS, Plaintiff RONALD PADILLA ("Plaintiff") filed the instant *qui tam* action under seal as *pro se* on May 16, 2013;

WHEREAS, the Court's orders of May 16, 2013 and August 13, 2013, respectively, scheduled the initial Case Management Conference and ADR deadlines during the period of time that the above-titled action was sealed;

WHEREAS, the federal government's Notice of Election to Decline Intervention was filed on August 22, 2013;

WHEREAS, an order to unseal the above-titled action was filed on August 29, 2013;

WHEREAS, Plaintiff's attorney substituted in as counsel of record for Plaintiff by order entered and filed on November 1, 2013;

WHEREAS, the Court ordered on November 12, 2013 that the initial Case Management Conference then scheduled for November 15 be continued to February 21, 2014 so that Plaintiff could serve the unsealed Complaint and Summons in the interim;

WHEREAS, the Summons was filed on December 11, 2013;

WHEREAS, Defendant, NORTH AMERICAN TITLE INSURANCE COMPANY ("NATIC") and Plaintiff agreed on January 2, 2014, pursuant to Local Rule 6-1(a), to extend NATC's time for filing a responsive pleading to the Complaint to January 31, 2014, as confirmed by that Stipulation filed on January 2, 2014 pursuant to Local Rule 5;

WHEREAS, Defendants BANK OF AMERICA (wrongly sued as successor to COUNTRYWIDE FINANCIAL CORPORATION), COUNTRYWIDE FINANCIAL, INC., CWALT, INC. and THE BANK OF NEW YORK (collectively "Bank Defendants"), filed a motion to dismiss the Complaint on January 3, 2014 pursuant to Federal Rule of Civil Procedure, Rules 8(a), 9(b), and 12(b)(6), which is set for hearing on February 14, 2014;

WHEREAS, also set for February 14, 2014 is the parties' last day to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report, and file a Case Management Statement, pursuant to that order filed May 16, 2013 (as modified by Orders of August 13 and November 12);

WHEREAS, because the *pro se*-drafted Complaint fails to include factual allegations directed to each named defendant in the body of the Complaint and the only claim for relief

(False Claims Act) is stated without facts, which defects render the parties' completion of initial disclosures and a Rule 26(f) report extremely difficult, if not impossible;

WHEREAS, counsel of record for Plaintiff intends to file a First Amended Complaint in response to the Bank Defendants' motion to dismiss and for other reasons; and

WHEREAS, counsel for the above-referenced Defendants, respectively, do not object to replacing the *pro se*-drafted Complaint with a First Amended Complaint (without waiving any objections or rights with respect to the new pleading, which defense counsel have not yet seen),

The parties identified herein, by and through their counsel of record, stipulate pursuant to Local Rule 6-2(a) and agree to entry of an order providing that:

1. Plaintiff shall file and serve a First Amended Complaint <u>by January 24, 2014</u>;
2. All responsive pleading deadlines regarding the Complaint shall be tolled until Plaintiff timely files a First Amended Complaint pursuant to order of the Court;
3. The Bank Defendants' motion to dismiss directed to the Complaint shall be deemed denied without prejudice as moot upon Plaintiff's timely filing and service of a First Amended Complaint pursuant to order of the Court;
4. If Plaintiff fails to timely file and serve a First Amended Complaint pursuant to order of the Court, the Bank Defendants' motion to dismiss will remain on calendar as scheduled and NATIC's responsive pleading shall be deemed a joinder in and to the Bank Defendants' motion to dismiss, with NATIC being required to file and serve notice of said joinder and a proposed form of order by January 31, 2014;
5. All responsive pleadings to any timely filed and served First Amended Complaint shall be filed and served <u>no later than fifteen (15) business days</u> following service of the First Amended Complaint;
6. The Initial Case Management Conference shall be continued to <u>Friday, April 18, 2014 in Courtroom 7, 19th Floor at 10:30 a.m.</u>, and all other deadlines related thereto (as identified in the May 16, 2013 order filed as Docket No. 2) be continued accordingly.

//
//

70000.1694/3050641.1

3

**STIPULATION CONCERNING THE PLEADINGS, INITIAL CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES; AND, PROPOSED ORDER**

IT IS SO AGREED:

Dated: January 9, 2014

_____
Lauren A. Rode, Esq.
CONSUMER ACTION LAW GROUP, P.C.
Attorneys for Plaintiff RONALD PADILLA


Dated: January ___, 2014

_____
David E. Pinch, Esq.
SEVERSON & WERSON
Attorneys for Defendants BANK OF AMERICA
(wrongly sued as successor to COUNTRYWIDE
FINANCIAL CORPORATION),
COUNTRYWIDE FINANCIAL, INC., CWALT,
INC. and THE BANK OF NEW YORK


Dated: January ___, 2014

_____
William S. Fiske, Esq.
Attorneys for Defendant NORTH AMERICAN
TITLE INSURANCE COMPANY


~~ORDER~~

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

Date: _____          _____

**IT IS SO AGREED:**

Dated: January ___, 2014

_____
Lauren A. Rode, Esq.
CONSUMER ACTION LAW GROUP, P.C.
Attorneys for Plaintiff RONALD PADILLA

Dated: January 9, 2014

_____/s/ David E. Pinch_____
David E. Pinch, Esq.
SEVERSON & WERSON
Attorneys for Defendants BANK OF AMERICA (wrongly sued as successor to COUNTRYWIDE FINANCIAL CORPORATION), COUNTRYWIDE FINANCIAL, INC., CWALT, INC. and THE BANK OF NEW YORK

Dated: January 10, 2014

_____
William S. Fiske, Esq.
Attorneys for Defendant NORTH AMERICAN TITLE INSURANCE COMPANY

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 10, 2014          _____

70000.1694/3050641.1                          4

**STIPULATION CONCERNING THE PLEADINGS, INITIAL CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES; AND, PROPOSED ORDER**