MARGERY Q. LEE (SBN 096824)
WILLIAM S. FISKE (SBN 246099)
1855 Gateway Boulevard, Suite 600
Concord, CA 94520
Tel: (925) 935-5599
Fax: (925) 934-0506
wfiske@nat.com

Attorneys for Defendant
North American Title Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PADILLA, | CASE NO.: 3:13-cv-02241-MMC |
| Plaintiff, | |
| vs. | STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT NORTH AMERICAN TITLE INSURANCE COMPANY; |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | AND |
| | [PROPOSED] ORDER |

The below-identified parties, by and through their counsel of record, submit the following Recitals, Stipulation, and proposed form of Order pursuant to Local Rule 7-12, 31 U.S.C. section 3730(b)(1), and F.R.C.P. Rule 41(a)(1)(A)(i).

RECITALS

WHEREAS, Plaintiff RONALD PADILLA ("Plaintiff") filed the instant *qui tam* action on May 16, 2013;

1  WHEREAS, subject to any applicable federal statute, under F.R.C.P. Rule 41 subsection
2  (a)(1)(A)(i), a plaintiff may voluntarily dismiss a defendant by filing a notice of dismissal before
3  the defendant serves either an answer or a motion for summary judgment;
4  WHEREAS, Defendant North American Title Insurance Company ("NATIC") has not
5  filed an answer to or motion for summary judgment concerning either the Complaint or the First
6  Amended Complaint on file in the above-captioned action;
7  WHEREAS, the United States of America filed on August 22, 2013 its Notice of Election
8  to Decline Intervention (the "Notice") (Docket No. 9), which provides in pertinent part that
9  pursuant to 31 U.S.C. section 3730(b)(1), claims asserted in the *qui tam* "action may be
10 dismissed only if the court and the Attorney General give written consent to the dismissal and
11 their reasons for consenting";
12 WHEREAS, NATIC is not named as a defendant in Plaintiff's First Amended Complaint
13 filed on January 24, 2014 and Plaintiff makes no charging allegations against it;
14 WHEREAS, though named as a defendant in the original Complaint, Plaintiff's charging
15 allegations did not include any against NATIC, said allegations were instead directed to various
16 lenders, and NATIC is a title insurer (not a lender);
17 THEREFORE, the parties identified herein, by and through their counsel of record,
18 stipulate pursuant to 31 U.S.C. section 3730(b)(1) and F.R.C.P. Rule 41(a)(1)(A)(i) to entry of an
19 order providing that:
20 1. Defendant NATIC is hereby dismissed from the above-captioned action, without
21    prejudice to Plaintiff or to the United States of America.
22 **IT IS SO AGREED:**

24 Dated: January 3l, 2014

Yelena Gurevich Esq.
CONSUMER ACTION LAW GROUP, P.C.
Attorneys for Plaintiff RONALD PADILLA

Dated: January 27, 2014           /s/ William S. Fiske
                                  William S. Fiske, Esq.
                                  Attorneys for Defendant NORTH AMERICAN
                                  TITLE INSURANCE COMPANY

## UNITED STATES' CONSENT TO DISMISSAL

Pursuant to 31 U.S.C. § 3730(b)(1), the United States of America, through its undersigned counsel, hereby consents to the dismissal of Defendant NATIC from the above-captioned action, provided such dismissal is without prejudice to the United States.

                                  MELINDA HAAG
                                  United States Attorney

Dated: February 3, 2013       By: _____
                                  DOUGLAS K. CHANG
                                  Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to the Stipulation between Plaintiff Ronald Padilla and Defendant NATIC, and in accordance with the United States of America's consent to the dismissal of Defendant NATIC so long as such dismissal is without prejudice to the United States,

IT IS HEREBY ORDERED that Defendant NATIC is dismissed from the above-captioned action without prejudice to Plaintiff Ronald Padilla or the United States of America.

IT IS SO ORDERED.

Dated: February 7, 2014           _____
                                  MAXINE M. CHESNEY
                                  United States District Judge