1  YELENA GUREVICH (SBN 269487)
   3700 Eagle Rock Blvd.
2  Los Angeles, CA 90065
   Tel:  (818) 254-8413
3  Fax:  (866) 936-6916
   ecf@calgroup.org
4
   Attorneys for Plaintiff,
5  RONALD PADILLA

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9  RONALD PADILLA,                  )  CASE NO.: 3:13-cv-02241-MMC
10                                   )
                                     )                APPROVING
11          Plaintiff,                )  [PROPOSED] ORDER NOTICE OF
                                     )  DISMISSAL OF FALSE CLAIMS ACT
12       vs.                         )  CAUSES OF ACTION
                                     )
13  BANK OF AMERICA, N.A., et al.,   )
                                     )
14          Defendants.               )
                                     )
15                                   )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20  _____   )

21

22

23

24

25

26

27

28

                                    1
   **[PROPOSED] ORDER OF NOTICE OF DISMISSAL OF FALSE CLAIMS ACT
                         CAUSES OF ACTION**

# ~~[PROPOSED]~~ ORDER DISMISSING
# FALSE CLAIMS ACT CAUSES OF ACTION

Prior to service of either an answer or a motion for summary judgment by any opposing party to this action, Plaintiff-Relator Ronald Padilla filed, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), his notice of dismissal, without prejudice, of all False Claims Act causes of action asserted in this case under 31 U.S.C. § 3729 et seq.  The United States consents to the dismissal of the False Claims Act causes of action provided such dismissal is without prejudice to the United States.

IT IS HEREBY ORDERED that the complaint, as amended, in the above-captioned action is dismissed, without prejudice, as to all False Claims Act causes of action, and further that the United States is dismissed as a plaintiff from this case.

IT IS SO ORDERED.

Dated:   February 7, 2014

_____
MAXINE M. CHESNEY
United States District Judge