1  YELENA GUREVICH, SBN 269487
   lena@calgroup.org
2  LAUREN RODE, SBN 281803
   lauren@calgroup.org
3  CONSUMER ACTION LAW GROUP, PC
   3700 Eagle Rock Blvd.,
4  Los Angeles, CA 90065
5  Tel. (818) 254-8413
   Fax. (866) 936-6916
6
7  Attorney for Plaintiff s,
   RONALD PADILLA
8
9
10                 **UNITED STATES DISTRICT COURT**
11              **NORTHERN DISTRICT OF CALIFORNIA**
12
13  RONALD PADILLA,                     ) Case No.: C13-2241 MMC ADR
                                        )
14                      Plaintiffs,     )
                                        ) **[PROPOSED] ORDER OF DISMISSAL**
        vs.                             ) **PURSUANT TO FEDERAL RULES OF**
15                                      ) **CIVIL PROCEDURE 41(a) or (c)**
16  MERIDIAN FORECLOSURE SERVICE;       )
    BANK OF NEW YORK MELLON;            )
17  MORTGAGE ELECTRONIC REGISTRATION    )
    SYSTEMS, INC; ONEWEST BANK, FSB;    ) Assigned To: Hon. Maxine C. Chesney
18  TREASURY BANK, N.A.; and DOES 1 through)
    50, inclusive,                      )
19                                      )
                        Defendants.     )
20  _____    )
                                        )
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

**IT IS HEREBY ORDERED THAT:**

Pursuant to Federal Rules of Civil Procedure 41(a) ~~or (c)~~, the instant action is dismissed, without prejudice, in its entirety.

IT IS SO ORDERED.

DATED:  __April 4_____, 2014

_____

MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)